## HUBER v. BAUM, APPELLANT.

Appeal, No. 57, Jan. T., 1893, by defendants, George Baum et al., from order of C. P. No. 4, Philadelphia County, making absolute a rule for judgment for want of a sufficient affidavit of defence. Argued with preceding case.

OPINION BY MR. CHIEF JUSTICE PAXSON, February 6, 1893:

This was an action upon the same lease as in Huber v. Baum, decided herewith, but commenced in another court, and with a different result. In the case in hand the learned judge entered judgment against the defendants for want of a sufficient affidavit of defence. As we have decided in the other case that a refusal to enter such a judgment was error it follows that the judgment in this case was right, and it is accordingly
Affirmed.